UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS L. PURSCELLY, | ) | CASE NO. ED CV 15-0216-CAS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| NEIL MCDOWELL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: February 9, 2015.

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

H:\CASNYDER\R&R & Related - 194\Magistrate Orders\ED15CV00216-CAS-Judgment.wpd